

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2018

No. 04-18-00074-CV

**IN THE INTEREST OF H. D. S., CHILD,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017EM504610
Honorable Nick Catoe Jr., Judge Presiding

## O R D E R

Neither the clerk's record nor the reporter's record has not been filed in this appeal; the appellate record is not complete. *See* TEX. R. APP. P. 38.6(a). Further, there is nothing in this court's record regarding any legal action pending in the State of Arizona that might affect this court's jurisdiction.

Appellant's March 8, 2018 motion for extension of time to file the brief is MOOT. Appellant's brief will be due thirty days after the appellate record is complete. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court